**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-6060**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFREY EZEKIEL BECKS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:04-cr-00250-RJC-CH-10)

───────────

Submitted: May 21, 2009           Decided: May 28, 2009

───────────

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jeffrey Ezekiel Becks, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Ezekiel Becks appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. See United States v. Hood, 556 F.3d 226, 232-33 (4th Cir. 2009). Accordingly, we affirm for the reasons stated by the district court. United States v. Becks, No. 3:04-cr-00250-RJC-CH-10 (W.D.N.C. Dec. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED